704

## Commonwealth ex rel. Frey, Appellant, v. Shovlin.

Submitted December 14, 1964. *George Elias Frey*, appellant, in propria persona; *William J. Carlin*, District Attorney, for appellee.

Order affirmed.

MONTGOMERY, J., would remand for a hearing.

## Commonwealth ex rel. Kuhn, Appellant, v. Russell.

Submitted December 14, 1964. *Joseph F. Kuhn*, appellant, in propria persona; *Richard A. Devlin*, Assistant District Attorney, and *Richard S. Lowe*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Litz, Appellant, v. Russell.

Submitted December 14, 1964. *William Earl Litz*, appellant, in propria persona; *John A. F. Hall*, Assistant District Attorney, and *Martin H. Lock*, District Attorney, for appellee.

Order affirmed.